# U.S. BANKRUPTCY COURT
## District of South Carolina

Case Number: 13-02284-jw

### Order Granting Relief from Automatic Stay
### Based Upon Failure to Comply With Settlement Order

The relief set forth on the following pages, for a total of 2 pages including this page, is hereby **ORDERED**.

---

**FILED BY THE COURT**
**03/31/2014**



*John E Waites*

US Bankruptcy Judge
District of South Carolina

Entered: 03/31/2014

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In Re: ) | Bankruptcy Case No. 13-02284-jw |
| ) | |
| Qulex Javon Dickerson and Latika Amous ) | Chapter 13 |
| Dickerson, ) | |
| ) | **ORDER GRANTING** |
| Debtors. ) | **RELIEF FROM STAY** |
| ) | **BASED UPON FAILURE TO** |
| ) | **COMPLY WITH SETTLEMENT** |
| ) | **ORDER** |
| ) | |

This matter comes before the Court upon the Affidavit of Default filed by Vanderbilt Mortgage and Finance, Inc. ("Movant"), which indicates that Debtors have failed to comply with the terms of the Settlement Order entered on September 30, 2013, by failing to make the cure payment due on February 1, 2014 and the regular and cure payments due on March 1, 2014 in accordance with the Settlement Order. Therefore, it is

ORDERED that the automatic stay is lifted as to the security described as a 2012 Clayton Tuscan mobile home and real property located at 1002 Village Road, Georgetown, South Carolina, and that Movant may proceed with its state court remedies against its security, including sending any required notice to Debtors. The Movant has agreed to waive any claim arising under 11 U.S.C. § 503(b) or § 507(b) as a result of this Order, and has further agreed that any funds realized in excess of all liens, costs and expenses will be paid to the Trustee.

IT IS FURTHER ORDERED that:

[x] Based upon Debtor(s)' prior agreement to Movant's request regarding the Fed. R. Bankr. P. 4001(a)(3) stay, this order is effective immediately.

[ ] Pursuant to Fed. R. Bankr. P. 4001(a)(3), this order is stayed until the expiration of 14 days after its entry.

**AND IT IS SO ORDERED.**